UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22869-CIV-UNGARO/O'SULLIVAN

RAFAEL DEL PINO,

    Plaintiff,

v.

BAY OF PIGS VETERANS
ASSOCIATION et al.,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on Defendant, Martha Flores', First Motion for Rule 11 Sanctions (DE # 26, 12/12/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(C)(emphasis added).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the plaintiff shall file a response to Defendant, Martha Flores', First Motion for Rule 11 Sanctions (DE # 26, 12/12/07) on or before **Thursday, January 17, 2008**.  The failure to file a response may result in a recommendation that Defendant, Martha Flores', First Motion for Rule 11 Sanctions

(DE # 26, 1/12/07) be granted in its entirety.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **3rd** day of January, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All counsel of record